App. Div.]        Second Department, November, 1914.

Louis Bossert and John Bossert, Copartners, etc., Appellants, v. Frederick Dhuy and Others, Individually and as Business Agents, etc., and Others, Respondents.— Judgment affirmed, with costs, upon the authority of *Bossert* v. *Dhuy* (166 App. Div. 251), decided herewith, and *Newton Company* v. *Erickson* (70 Misc. Rep. 291; affd., 144 App. Div. 939). Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

John Berg, Respondent, v. Tide Water Oil Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Alice Brown, as Administratrix, etc., of William Brown, Deceased, Respondent, v. Pittsburg Building Company, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich and Stapleton, JJ., concurred; Burr, J., dissented.

John Cannon, Respondent, v. James C. Fargo, as President of the American Express Company, Appellant.— Under the principle declared in previous reversals (138 App. Div. 20; 147 id. 51 and 158 id. 290) the present verdict for plaintiff cannot stand. In helping unload this express box plaintiff was not aware that such assistance was any part of his duties, as he had sworn himself. Without exception on either side, the court on this trial charged "that unless he [plaintiff] did it as a part of his duty, knowing that it was a part of his duty, he cannot recover." But plaintiff's own testimony as to his knowledge and purpose required the court to reject a verdict for him on this issue. The judgment and order are, therefore, reversed on the law and on the facts, and as further trials cannot overcome plaintiff's original testimony as to his own knowledge and purpose, final judgment is directed dismissing the complaint, with costs. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Luke Eldert, Respondent, v. Cross Country Railroad Company and Others, Defendants, Impleaded with Sarah Maria Streeter, Appellant.— Orders affirmed, with ten dollars costs and disbursements, on the authority of *Eldert* v. *Cross Country R. R. Co.* (*ante*, p. 917), decided herewith. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

William H. Fitzpatrick, Appellant, v. The City of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Hamilton Pipe Works, Inc., Respondent, v. Roger A. Zeltmacher, Appellant.— Order of September 28, 1914, modified so that it shall modify the order of September 14, 1914, in this respect: The defendant is not enjoined from dealing with, or selling merchandise to, the persons, firms and corporations who were customers of, and who purchased merchandise from, the firm known as "Hamilton Pipe Works," of which defendant and one Zeichner were copartners, provided that such sale is not the result of any solicitation on the part of said defendant, but that such persons, firms and corporations seek him for the purpose of trade, without solicitation or invitation on his part. As so modified the order appealed from is affirmed, without costs. Burr, Thomas, Rich, Stapleton and Putnam, JJ., concurred. Order to be settled before Mr. Justice Burr.